IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GRANGE MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 3:14-cv-01216 |
| v. | ) ) | Judge Nixon |
| 101 CONSTRUCTION COMPANY, et al., | ) ) ) ) | Magistrate Judge Griffin |
| Defendants. | ) ) | |

## ORDER

The parties to this action have filed a Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of all claims in this action, with the parties to bear their own costs, expenses, and attorney's fees. (Doc. No. 12.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the ___8___ day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT